MDLOUT

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:08-cv-00488-JSM-TGW
# Internal Use Only

Wessler v. Davol, Inc. et al
Assigned to: Judge James S. Moody, Jr
Referred to: Magistrate Judge Thomas G. Wilson
Case in other court: State Court-02/19/08, 08-003671 DIV C
Cause: 28:1332 Diversity-Medical Malpractice

Date Filed: 03/18/2008
Date Terminated: 04/25/2008
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

Jacqueline Wessler

represented by Chris M. Limberopoulos
Limberopoulos Law Firm, PA*
Suite 2150
400 N Ashley Dr
Tampa, FL 33602
813/875-1818
Fax: 813/879-2368
Email: chrislimber@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Davol, Inc.
*a subsidiary of C.R. Bard, Inc.*

represented by John M. Kvartek
Clark, Partington, Hart, Larry, Bond & Stackhouse
125 W Romana St - Ste 800
PO Box 13010
Pensacola, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kirby T. Griffis

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
202/898-5800
Fax: 202-682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

C.R. Bard, Inc. represented by John M. Kvartek
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kirby T. Griffis
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2008 | 1 | NOTICE OF REMOVAL from the 13th Judicial Circuit in and for Hillsborough County, Florida, case number 08-003671 DIV C; filed in State Court on 02/19/08. Filing fee $ 350, receipt number T045310; filed by Davol, Inc., C.R. Bard, Inc.(MRH) (Entered: 03/18/2008) |
| 03/14/2008 | 2 | COMPLAINT against Davol, Inc., C.R. Bard, Inc.; jury demand filed by Jacqueline Wessler. Filed in state court on 02/19/08. (MRH) (Entered: 03/18/2008) |
| 03/14/2008 | 3 | CERTIFICATE of interested persons and corporate disclosure statement by Davol, Inc., C.R. Bard, Inc. (MRH) (Entered: 03/18/2008) |
| 03/19/2008 | 4 | NOTICE of designation under Local Rule 3.05 - track 2 issued by Deputy Clerk on 3/19/2008. (SMB) (Entered: 03/19/2008) |
| 03/19/2008 | | (Court only) ***COPIES mailed to Counsel: Kirby T. Griffis; re 4 Related case order and notice of designation of track 2 (MRH) (Entered: 03/19/2008) |
| 03/21/2008 | 5 | ANSWER and affirmative defenses to 2 Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(Kvartek, John) (Entered: 03/21/2008) |
| 04/25/2008 | 6 | MULTIDISTRICT LITIGATION panel order transferring case to: District of Rhode Island Transferee court case number: 08-2447 |

| | | |
|---|---|---|
| | | MDL case number: 1842 (JLH) (Entered: 04/25/2008) |